# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 97 EM 2019 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| BRYAN BROWN-CAMP, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2019, the "Petition to Reinstate Petition for Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within 5 days.